IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN McLAUGHLIN,

      Petitioner,           No. S-08-0325 LKK GGH P

   vs.

JAMES TILTON, et al.,

      Respondents.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        Petitioner alleges that he was denied due process during prison disciplinary proceedings. These claims may be brought in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner also alleges that he was subject to a retaliatory transfer. Petitioner also claims that he was improperly held in the Security Housing Unit for reasons other than the punishment imposed by the guilty finding. These claims do not directly concern the validity of

1

the at-issue prison disciplinary conviction. Rather, these claims challenge petitioner's condition of confinement. For that reason, they should be raised in a civil rights action pursuant to 42 U.S.C. § 1983.

Because the petition raises claims that should be brought in a civil rights action, the petition is dismissed with leave to file an amended petition raising only those claims directly challenging the validity of the prison disciplinary conviction.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district;

3. The petition is dismissed with thirty days to file an amended petition; failure to file an amended petition within that time will result in a recommendation of dismissal of this action.

DATED: 04/16/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mc325.100