IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN McLAUGHLIN,

        Petitioner,               No. CIV S-08-0325 LKK GGH P

    vs.

JAMES TILTON, et al.,

        Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED:  05/20/08

                                         /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

mcl325.dis